# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:03-CV-5626-AWI-LJO-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 30 and 33) |

　　　Plaintiff Dale Owen Dustin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On June 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed objections to the Findings and Recommendations on June 23, 2005.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court.*" Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). The Court has dismissed Plaintiff's complaint, with leave to amend, for failure

to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A. Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that his complaint contains cognizable claims for relief against the named defendants and the named defendants have been served with the summons and complaint. The court is unable to issue any order against individuals who are not parties to a suit pending before it. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 16, 2005, is adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed June 13, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   June 30, 2005**            /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE