# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,         | CASE NO. 1:03-CV-5626-AWI-LJO-P |
| Plaintiff,                | ORDER STRIKING UNSIGNED DECLARATION AND REQUEST FOR EXTENSION OF TIME |
| v.                        | |
| EDWARD S. ALAMEIDA, JR., et al., | (Doc. 37) |
| Defendants.               | |

Plaintiff Dale Owen Dustin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2005, the court granted plaintiff a thirty-day extension of time to file an amended complaint. On July 11, 2005, a declaration and request for an extension of time was filed. The filing was not signed and shall be stricken from the record for that reason.

The court notes that the handwriting in the declaration and request bears a striking resemblance to the handwriting of inmate Roderick Washington, whose name is mentioned in the declaration. Based on previous handwritten submissions by plaintiff, the handwriting in the instant filing does not bear any resemblance to the handwriting of plaintiff. It matters not who assists plaintiff in drafting documents in this case. However, plaintiff is reminded that only he may sign and file documents in this action.

///
///
///

1

1  Because the declaration and request for an extension of time was not signed, it is HEREBY
2  ORDERED STRICKEN from the record.

4  IT IS SO ORDERED.

5  **Dated:   August 8, 2005**              **/s/ Lawrence J. O'Neill**
   b9ed48                                   UNITED STATES MAGISTRATE JUDGE