# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:03-CV-5626-AWI-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 39) |

    Plaintiff Dale Owen Dustin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2004, the court ordered plaintiff to file an amended complaint within thirty days. More than one year has passed and plaintiff has obtained multiple extensions of time from the court. On August 16, 2005, plaintiff filed another request for an extension of time. Plaintiff contends that he needs to make one more copy of his amended complaint in order to submit the pleading and copies to the court.

    Accordingly, plaintiff's request for an extension of time, filed August 16, 2005, is GRANTED. Plaintiff has **thirty (30) days** from the date of service of this order within which to file an amended complaint in compliance with the court's order of August 12, 2004.

IT IS SO ORDERED.

**Dated:**   **August 19, 2005**               /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE