# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>            Plaintiff,<br><br>      v.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:03-CV-5626-AWI-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(Doc. 52) |

Plaintiff Dale Owen Dustin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2005, the court dismissed plaintiff's second amended complaint and ordered plaintiff to file a third amended complaint within thirty days. On September 30, 2005, plaintiff filed a motion seeking an extension of time to comply with the court's order.

Plaintiff's motion for an extension of time to file a third amended complaint is HEREBY GRANTED, and plaintiff shall file a third amended complaint in compliance with the court's order within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    October 27, 2005**            /s/ Lawrence J. O'Neill
i0d3h8                         UNITED STATES MAGISTRATE JUDGE

1