UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05626-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 50)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Docs. 41, 43, 44) |

    Plaintiff Dale Owen Dustin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 15, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  Plaintiff did not file objections to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 15, 2005, is ADOPTED IN FULL;

2. Plaintiff's motions for preliminary injunctive relief, filed August 31, 2005, are DENIED; and,

3. If plaintiff again files a baseless motion for preliminary injunctive relief, he will be ordered to show cause why sanctions should not be imposed against him, up to and including dismissal of this action.

IT IS SO ORDERED.

**Dated:   November 9, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE