UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN, | 1:03-cv-05626-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 59) |
| vs. | **ORDER DISMISSING ACTION, WITH PREJUDICE** |
| EDWARD S. ALAMEIDA, JR., et al., | |
| Defendants. | |

Plaintiff Dale Owen Dustin ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations was to be filed within twenty days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

Case 1:03-cv-05626-AWI-LJO   Document 60   Filed 06/27/06   Page 2 of 2

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed April 17, 2006, is ADOPTED IN FULL; and,

    2.  This action is DISMISSED, with prejudice, based on plaintiff's failure to obey the court's order of September 15, 2005, and on the grounds that plaintiff's second amended complaint is illegible and fails to comply with Rule 8(a).

IT IS SO ORDERED.

**Dated:   June 27, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

2